UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SHARIDAN STILES<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant. | CASE No. 2:19-CV-02144-JAM-KJN<br><br>**ORDER TO STAY CASE** |

0067.241\9775

[Proposed] Order to Stay Case

## ORDER

The parties, Plaintiff Sharidan L. Stiles and Defendant Target Corporation, have presented a Stipulation to Stay the above-captioned action, on the following agreed premises:

This is an action for alleged infringement of two patents owned by Plaintiff: United States Patent No. 9,108,329 ("the '329 Patent") and United States Patent No. 9,707,689 ("the '689 Patent"). This action involves a single accused product: the "Ardell Precision Shaper," distributed and sold by American International Industries ("AII") and sold at retail by Target Corporation. This accused product is at issue in other cases pending in this Court, including *Stiles, et al. v. Walmart Inc., et al.*, E.D. Cal. Case No. 14-cv-02234 ("The 2014 Action," which alleges infringement of the '329 patent by the Ardell Precision Shaper), and *American International Industries v. Stiles*, E.D. Cal. Case No. 2:19-cv-01218 ("the Declaratory Relief Action," which alleges non-infringement of the '689 patent by the Ardell Precision Shaper). The Declaratory Relief Action was previously deemed related to the 2014 Action. (The 2014 Action, Dkt. No. 276) After recent judicial transfers, the 2014 Action and the Declaratory Relief Action are now pending before Hon. Kimberly J. Mueller. (The 2014 Action, Dkt. No. 389; Declaratory Relief Action, Dkt. No. 27)

The parties agreed that liability issues regarding the '329 and '689 patents should proceed in the 2014 Action and Declaratory Relief Actions prior to active litigation of the above-captioned action, in order to save substantial court and attorney resources, avoid duplication of efforts and facilitate more uniform control of the litigation. Accordingly, the parties stipulated to a stay of this case until an initial patent infringement liability determination is made in either the 2014 Action or the Declaratory Relief Action, after which point the parties propose to file a joint report informing the Court whether they agree that the stay in this case should continue pending further proceedings in the 2014 Action and/or the Declaratory Relief Action.

Accordingly, the parties requested that the Court enter the following Order to stay all but administrative activities in the above-captioned case.

FOR GOOD CAUSE SHOWN, the Court hereby orders that litigation of the above-captioned action is stayed, other than for administrative activities, pending a determination in *Stiles, et al. v. Walmart Inc., et al.*, E.D. Cal. Case No. 14-cv-02234 or *American International Industries v. Stiles*, E.D. Cal. Case No. 2:19-cv-01218, of whether the Ardell Precision Shaper infringes either the '329 or '689 Patent. Upon a determination in either of these actions as to whether the Ardell Precision Shaper infringes the '329 or '689 Patents, the parties shall promptly confer and file a joint report informing the Court whether they agree that the stay in this case should continue pending any further proceedings.

IT IS SO ORDERED.

Dated this 6th day of March, 2020.

                                                /s/ John A. Mendez

                                                Hon. John A. Mendez
                                                U.S. District Court Judge

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES** |
| 3 | At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 3130 Wilshire Boulevard, Suite 500, Santa Monica, California 90403-2351. |
| 4 | |
| 5 | On March 5, 2020, I served true copies of the following document(s) described as **[PROPOSED] ORDER TO STAY CASE** on the interested parties in this action as follows: |
| 6 | |
| 7 | **SEE ATTACHED SERVICE LIST** |
| 8 | |
| 9 | **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court. |
| 10 | |
| 11 | |
| 12 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. |
| 13 | |
| 14 | Executed on March 5, 2020, at Santa Monica, California. |

/s/*Eric S. Engel*
Eric S. Engel

0067.241\9775

-4-

[Proposed] Order to Stay Case

# SERVICE LIST
## Stiles v. Wal-Mart Stores Inc, et al
## CV14-02234-GEB-CMK

| For Stiles/Stiles 4 U, Inc. | For Walmart, Inc. |
|---|---|
| Brian James Dunne<br>*bdunne@piercebainbridge.com*<br>Dan Terzian<br>*dterzian@piercebainbridge.com*<br>PIERCE BAINBRIDGE LLP<br>355 S. Grand Ave., 44th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-262-9333<br>Facsimile: 213-279-2008 | Bryan A. Merryman<br>*bmerryman@whitecase.com*<br>Catherine Susan Simonsen<br>*catherine.simonsen@whitecase.com*<br>WHITE & CASE LLP<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071-2433<br>Telephone: 213-620-7700<br>Facsimile: 213-452-2329 |
| David L. Hecht, PHV<br>*dhecht@piercebainbridge.com*<br>Yavar Bathaee<br>*ybathaee@piercebainbridge.com*<br>PIERCE BAINBRIDGE BECK PRICE & HECHT LLP<br>277 Park Avenue, 45th Floor<br>New York, NY 10172<br>Telephone: 212-484-9866<br>Facsimile: 646-968-4125 | Bijal V. Vakil<br>*bijal@whitecase.com*<br>Jeremy Kent Ostrander<br>*jostrander@whitecase.com*<br>Hallie Elizabeth Kiernan<br>*hallie.kiernan@whitecase.com*<br>WHITE & CASE LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, California 94306<br>Telephone: 650-213-0300<br>Facsimile: 650-213-8158 |
| Harmeet Kaur Dhillon<br>*harmeet@dhillonlaw.com*<br>DHILLON LAW GROUP, INC.<br>177 Post Street, Suite 700<br>San Francisco, CA 94108<br>Telephone: 415-433-1700<br>Facsimile: 415-520-6593 | Stefan M. Mentzer, PHV<br>*smentzer@whitecase.com*<br>WHITE & CASE, LLP<br>1221 Avenue of the Americas, Floor 49<br>New York, NY 10020<br>Telephone: 212-819-8200<br>Facsimile: 212-354-8113 |
| Andrew Williamson, PHV<br>*awilliamson@piercebainbridge.com*<br>PIERCE BAINBRIDGE BECK PRICE & HECHT LLP<br>601 Pennsylvania Ave. NW<br>South Tower Suite 700<br>Washington, DC 20004<br>Telephone: 202-839-3531<br>Facsimile: 646-968-4125 | |