1
2
3
4
5
6
7
8            **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   SHARIDAN STILES, et al.,                No.  2:14-CV-2234-KJM-DMC

12            Plaintiffs,

13       v.

14   WALMART, INC., et al.,

15            Defendants.

16

17   AMERICAN INTERNATIONAL              No.  2:19-CV-1218-KJM-DMC
     INDUSTRIES,

18            Plaintiff,

19       v.

20   SHARIDAN STILES,

21            Defendant.

22

23   SHARIDAN STILES,                        No.  2:19-CV-2144-KJM-DMC

24            Plaintiff,

25       v.

26   TARGET CORPORATION,

27            Defendant.

28

                                      1

| | |
|---|---|
| SHARIDAN STILES, | No.  2:19-CV-2145-KJM-DMC |
| Plaintiff, | |
| v. | |
| CVS PHARMACY, INC., | |
| Defendant. | |

| | |
|---|---|
| SHARIDAN STILES, | No.  2:19-CV-2146-KJM-DMC |
| Plaintiff, | |
| v. | |
| WAL-MART STORES, INC., | |
| Defendant. | |

<u>ORDER</u>

Pending before the Court in these related actions are various applications for leave to withdraw filed by counsel for Sharidan Stiles and Stiles 4 U, Inc.  Specifically, the following applications have been filed:

<u>Applications filed in Case No. 14-CV-2234-KJM-DMC</u>

| | | |
|---|---|---|
| ECF No. 451 | Dhillon Law Group (DLG) ex parte application for leave to withdraw and for stay of proceedings. | |
| | No hearing date noticed. | |
| ECF No. 452 | DLG amended ex parte application for leave to withdraw and for stay of proceedings. | |
| | No hearing date noticed. | |
| ECF No. 453 | Pierce, Bainbridge, Beck, Price & Hecht LLP (PBBP&H) ex parte application for leave to withdraw and for stay of proceedings. | |
| | Noticed for hearing before District Judge on June 26, 2020. | |
| ECF No. 469 | DLG ex parte application for in camera proceedings on applications for leave to withdraw. | |

2

<u>Applications Filed in Case No. 19-CV-1218-KJM-DMC</u>

ECF No. 42          PBBP&H ex parte application for leave to
                    withdraw and for stay of proceedings.

                    Noticed for hearing before District Judge
                    on June 26, 2020.

ECF No. 43          DLG ex parte application for leave to withdraw and
                    for stay of proceedings.

                    No hearing date noticed.

<u>Applications Filed in Case No. 19-CV-2144-KJM-DMC</u>

ECF No. 35          DLG ex parte application for leave to withdraw and
                    for stay of proceedings.

                    No hearing date noticed.

ECF No. 36          DLG amended ex parte application for leave to
                    withdraw and for stay of proceedings.

                    No hearing date noticed.

ECF No. 37          PBBP&H ex parte application for leave to
                    withdraw and for stay of proceedings.

                    Noticed for hearing before District Judge
                    on June 26, 2020.

<u>Application Filed in Case No. 19-CV-2145-KJM-DMC</u>

ECF No. 31          PBBP&H ex parte application for leave to
                    withdraw and for stay of proceedings.

                    Noticed for hearing before District Judge
                    on June 26, 2020.

DLG did not file an application for leave to withdraw in this case.

<u>Applications Filed in Case No. 19-CV-2146-KJM-DMC</u>

ECF No. 42          DLG ex parte application for leave to withdraw and
                    for stay of proceedings.

                    No hearing date noticed.

ECF No. 43          DLG amended ex parte application for leave to
                    withdraw and for stay of proceedings.

                    No hearing date noticed.

///

| | | |
|---|---|---|
| 1 | ECF No. 44 | PBBP&H ex parte application for leave to withdraw and for stay of proceedings. |
| 2 | | |
| 3 | | Noticed for hearing before District Judge on June 26, 2020. |

These matters have been referred to the undersigned and dates before the District Judge have been vacated.  See ECF No. 456 in case no. 14-CV-2234-KJM-DMC (minute order), ECF No. 45 is case no. 19-CV-1218-KJM-DMC (minute order), ECF No. 38 in case no. 19-CV-2144-KJM-DMC (minute order), ECF no. 32 in case no. 19-CV-2145-KJM-DMC (minute order), and ECF No. 46 in case no. 19-CV-2146-KJM-DMC (minute order).

If granted, the various applications would leave Sharidan Stiles and Stiles 4 U, Inc., without any counsel in these actions.  Therefore, the applications are governed by Eastern District of California Local Rule 182(d).  That rule provides:

> Unless otherwise provided herein, an attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all other parties who have appeared.  The attorney shall provide an affidavit stating the current or last known address or addresses of the client and the efforts made to notify the client of the motion to withdraw.  Withdrawal as attorney is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules.  The authority and duty of the attorney of record shall continue until relieved by order of the Court issued hereunder.  Leave to withdraw may be granted subject to such appropriate conditions as the Court deems fit.

Id.

Here, the applications filed by DLG are procedurally defective in that none is styled as a noticed motion.  Rather, they are all filed as ex parte applications with no hearing date. To the extent DLG filed the applications for hearing on shortened notice, DLG did not obtain an order shortening time under Eastern District of California Local Rule 144(e).  Notwithstanding these technical deficiencies, the Court will sua sponte shorten time for a hearing on the pending applications and excuse the filing defects.  A review of the dockets reflects that the applications otherwise comply with Local Rule 182(d).

/ / /

/ / /

4

1

2          Accordingly, IT IS HEREBY ORDERED that:

3          1.      The pending applications for leave to withdraw are all set for hearing

4    before the undersigned on June 16, 2020, at 10:00 a.m. in Redding, California;

5          2.      All counsel shall appear telephonically through CourtCall;

6          3.      Counsel for Sharidan Stiles and Stiles 4 U, Inc., shall arrange for Ms.

7    Stiles' appearance telephonically though CourtCall; and

8          4.      The Clerk of the Court is directed to serve a copy of this order by mail to

9    the following address:

10                         Sharidan Stiles
                           Stiles 4 U, Inc.
11                         2570 Harlan Drive
                           Redding, CA 96001
12

13

14   Dated:  June 5, 2020

15                                                 _____

16                                                 DENNIS M. COTA
                                                   UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

                                              5