Mark D. Kremer (SB# 100978)
  Mark.Kremer@ThompsonHine.com
Eric S. Engel (SB# 105656)
  Eric.Engel@ThompsonHine.com
Zachary T. Page (SB# 293885)
  Zach.Page@ThompsonHine.com
**THOMPSON HINE LLP**
2049 Century Park East, Suite 3500
Los Angeles, California 90067-3217
Phone: (310) 998-9100 • Fax: (310) 998-9109

Roy Anderson (SB# 107153)
  rla@patentattorney.us
**WAGNER, ANDERSON & BRIGHT, P.C**.
6300 NW Jackpine Avenue
Redmond, Oregon 97756
Phone: (818) 249-9300
Fax: (818) 249-9335

Attorneys for Defendant Target Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Sharidan L. Stiles,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Target Corporation,<br><br>　　　　Defendants. | CASE No.: 2:19-cv-02144-DAD-AC<br><br>**[PROPOSED] ORDER RE: DEFENDANT TARGET CORPORATION'S NOTICE OF MOTION AND MOTION TO LIFT STAY OF PROCEEDINGS AND FILE A SUPPLEMENTAL PLEADING UNDER RULE 15(D)**<br><br>Date:　September 17, 2025<br>Time:　10:00 a.m.<br>Crtrm.: 26<br><br>Hon. Dale A. Drozd, District Judge<br><br>Hon. Allison Claire, Magistrate Judge |

0067.241\9608

[PROP] ORDER RE DEFENDANT TARGET CORPORATION'S MOTION TO LIFT STAY OF PROCEEDINGS AND REQUEST TO FILE AMENDED ANSWER UNDER RULE 15(D)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Having considered the Motion to Lift Stay of Proceedings and File a Supplemental Pleading under Rule 15(d) ("Motion") filed by Defendant Target Corporation ("Target"), and all briefing and argument relating thereto, and good cause appearing therefor, IT IS HEREBY ORDERED that Target's Motion is GRANTED.

The stay of these proceedings previously entered at Docket No. 63 is hereby lifted for the limited purposes of: (1) the filing of Target's supplemental pleading as attached to the Motion as Exhibit A ("Supplemental Answer"); and (2) the filing of Target's anticipated dispositive motion asserting that the claims relating to the Ardell Precision Shaper asserted by Plaintiff Sharidan Stiles ("Stiles") herein are barred by judgment entered against Stiles in related litigation over the same patent-at-issue. These proceedings will remain stayed for all other purposes.

The clerk is hereby directed to file Target's Supplemental Answer. Target shall promptly serve its Supplemental Answer on all other parties.

SO ORDERED.

DATED: September 22, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE